Ricky Leggett
13509 Walker St
Santa Fe, TX 77510-9012

Donna H. Johnson
P.O. Box 467
Santa Fe, TX 77510

Barbara McGuire
P.O. Box 721
Santa Fe, TX 77510

Richard Alan Morris
Rogers, Morris & Grover LLP
5718 Westheimer Rd Ste 1200
Houston, TX 77057
* DELIVERED VIA E-MAIL *

Martha Hollan
13310 4 1/2 Street
Santa Fe, TX 77510

Adam David Courtin
Rogers, Morris & Grover, LLP
5718 Westheimer Rd. Ste 1200
Houston, TX 77057
* DELIVERED VIA E-MAIL *

Mr. And Mrs. E.E. Ewing Junior
3425 Avenue S
Santa Fe, TX 77510

Jerome A. And Nancy Bradke
13460 Walker Road
Santa Fe, TX 77510

Richard And Priscilla Lon
13209 4 1/2 Street
Santa Fe, TX 77510

**RE:**    **Court of Appeals Number:** 01-14-00186-CV        **Trial Court Case Number:** 10-CV-0489

**Style:** Lloyd Gilliam and Carolyn Gilliam, Martha Hollan, Charlie Beaird and Karen Beaird, Lila Rose Anderson, Michael Sanders and Raquel Sanders, Richard Lon and Priscilla Lon, Donna H. Johnson, Jerome A. Bradke and Nancy Bradke, Mr. and Mrs. E.E.Ewing, Jr.et al
v.
Santa Fe Independent School District

On May 12, 2015, The First Court of Appeals **previously** set the above cause for submission on **June 23, 2015** before a panel consisting of Chief Justice Radack, Justice Higley and Justice Massengale. This is just notification that the panel was changed and now the case is before a panel of Chief Justice Radack, Justice Bland, and Justice Huddle, subject to change by the Court.

**The Court will not hear oral argument.**

Parties are encouraged to sign up for automated e-mail notices on the "CaseMail" page of the Court's website (http://www.txcourts.gov/1stcoa).

Very truly yours,

Christopher A. Prine, Clerk of the Court

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

June 10, 2015
## AMENDED NOTICE

David Connell Junior
c/o 7034 Sun Creek Drive
Hitchcock, TX 77563

Jason Bromas
3433 Shouse Street
Santa Fe, TX 77510

Mario Porras
2937 Avenue S
Santa Fe, TX 77510

Rachaelle Reynolds
Rachaelle Reynolds & Associates, PLLC
5522 Larkin St Unit A
Houston, TX 77007

Kenny And Dana Bear
13704 Walker
Santa Fe, TX 77510

Lloyd And Carolyn Gilliam
13406 4 1/2 Street
Santa Fe, TX 77510

Steven And Regina Brueggeman
13531 4 1/2 Street
Santa Fe, TX 77510

Michael And Raquel Sanders
13214 4 1/2 Street
Santa Fe, TX 77510

Lila Rose Anderson
13030 4 1/2 Street
Santa Fe, TX 77510

Charles Murl And Karen Beaird
13410 4 1/2 Street
Santa Fe, TX 77510

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 JUN 10 2015

NMR

CASE NO. 01-14-00186-CV
RICKY LEGGETT
13509 WALKER ST
SAN~ __ __ __ __ __

NIXIE        773     5E    1009        0006/16/15

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 77002205599        *2133-07745-16-38